IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN ECKMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ENCOMPASS HOME AND AUTO INSURANCE CO.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 19-4038-KSM |

## ORDER

**AND NOW**, this 30th day of July, 2021, upon consideration of Plaintiff's Motion to Preclude the Pennsylvania State Supplements as Admissible Duplicates in lieu of the Original Documents (Doc. No. 17), Defendant's Response in opposition thereto (Doc. No. 18), and the parties' oral arguments, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Motion (Doc. No. 17) is **DENIED**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.