IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTIAN ECKMAN,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**ENCOMPASS HOME AND AUTO INSURANCE CO.**,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 19-4038-KSM |

## ORDER

**AND NOW**, this 30th day of July, 2021, upon consideration of the parties' cross-Motions for Summary Judgment (Doc. Nos. 19 & 20), cross-Responses (Doc. Nos. 21 & 22), supplemental briefs (Doc. Nos. 34 & 35), and oral arguments, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 20) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. No. 19) is **GRANTED**.

3. In accordance with Pennsylvania law, the underinsured motorists coverage in Defendant's Automobile Policy 281 682 950 ("the Policy") issued to Plaintiff, is hereby **DECLARED** to be $100,000 per person and $300,000 per accident. Defendant is therefore **ORDERED** to provide one million two hundred thousand dollars ($1,200,000) in underinsured motorists coverage to Plaintiff, Christian Eckman, in connection with the February 16, 2019 motor vehicle accident.

4. The Clerk of Court shall mark this case as closed for statistical purposes.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.